**Order entered December 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00950-CR

**THOMAS J. ELLIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MA13-70570-C**

## ORDER

We **GRANT** Nanette Hendrickson's December 28, 2015 motion to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Nanette Hendrickson and the Dallas County Public Defender's Office as appointed counsel for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. We will reinstate the appeal when we receive the order appointing new counsel.

/s/    LANA MYERS
        JUSTICE